UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                              ORDER OF REFERRAL
                              TO TAKE GUILTY PLEA

vs.

                              09-CR-6017

MARCUS TUBBS,

                Defendant.

[FILED MAR 19 2009 — MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]

The above-referenced criminal case is hereby referred to United States Magistrate Judge JONATHAN W. FELDMAN, with the consent of the defendant, to take defendant's plea of guilty, to conduct an allocution, pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and to (A) determine if the plea is knowingly and voluntarily made and not coerced, and (B) recommend if the plea of guilty should be accepted, reporting to the undersigned as soon as is practicable.

IT IS SO ORDERED.

Dated:     March 19, 2009
              Rochester, New York

_/s/ David G. Larimer_
DAVID G. LARIMER
U.S. District Judge

**STIPULATED AND AGREED**, by and between the undersigned, counsel for respective parties:

Dated:     March 19, 2009
              Rochester, New York

_/s/ Marcus L. Tubbs_
Marcus Tubbs, Defendant

_/s/ Robert Smith_
Robert Smith, Asst. Federal Defender

_/s/ Jennifer Noto_
Jennifer Noto, Asst. U.S. Attorney

_/s/ Jonathan W. Feldman_
Jonathan W. Feldman
U.S. Magistrate Judge